IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACK DEWAYNE BRITT,

      Petitioner,                     No. CIV S-05-1271 MCE PAN P

  vs.

A. P. KANE, Warden, et al.,

      Respondents.                   ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. Petitioner challenges a 2004 decision of the California Board of Prison Terms to deny petitioner parole. Petitioner is incarcerated at the Correctional Training Facility in Soledad, California, where the BPT hearing at issue was conducted.

        The record reflects that petitioner reflects that petitioner suffered his underlying criminal conviction in the Stanislaus County Superior Court. While the Fresno Division of this Court and the United States District Court in the district where petitioner is confined therefore both have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), the district of confinement is the "proper forum" for this challenge to a denial of parole. See Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989). As noted above, petitioner is confined at a prison

1

1 facility in Soledad, California, which is in Monterey County.  Monterey County is in an area
2 covered by the United States District Court for the Northern District of California.
3         Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:
4         1.  This court has not ruled on respondents' August 31, 2005 motion to dismiss;
5 and
6         2.  This matter is transferred to the United States District Court for the Northern
7 District of California.
8 DATED:  March 16, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
brit1271.108

2